WILLIAM O. PULLAM, Appellant, *v.* GREATER EAGLE WET WASH LAUNDRY COMPANY, Respondent.

Supreme Court, Appellate Term, Second Department, June 2, 1930.

*James E. Smith, Jr.*, for the appellant.

*Jacob M. Mandelbaum* [*Sidney Handler* of counsel], for the respondent.

PER CURIAM. Judgment unanimously reversed upon the law and new trial granted, with thirty dollars costs to appellant to abide the event.

The judgment in favor of Guglielmo against the plaintiff, in an action in which the plaintiff and the defendant in this suit were parties defendant, was not *res adjudicata* as to the issues involved in the instant suit (*Self* v. *International Railway Co.*, 224 App. Div. 238; Report of Appellate Term, No. 23, January term, 1930.) No opinion.